UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2021

KEVIN CRICHLOW,

                        Plaintiff,

  -against-

DR. ELLEN YOUSSEF, et al.,

                        Defendants.

12 CV 7774 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

On May 19, 2021, the Court issued an Order to Show Cause directing Plaintiff Kevin Crichlow to show cause in writing on or before June 18, 2021 why his claims against Defendant should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 170.)

Plaintiff has not responded to the Order to Show Cause. Therefore, this case is dismissed without prejudice for want of prosecution. The Clerk of the Court is kindly directed to mail a copy of this Order to *pro se* Plaintiff at the address on ECF, and to show service on the docket.

Dated:   June 22, 2021
            White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge