USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/2021

**MEMORANDUM ENDORSEMENT**

Crichlow v. Youssef, et al.

12-cv-7774 (NSR)

On May 19, 2021, the Court issued an Order instructing Plaintiff to show cause in writing on or before June 18, 2021 as to why this action should not be dismissed for want of prosecution. (ECF No. 170.) On May 20, 2021, the Clerk of the Court mailed a copy of the Order to Plaintiff at his address on the docket.

On June 22, 2021, following no response from Plaintiff, the Court issued an Order dismissing the action. (ECF No. 171.) On June 23, 2021, the Clerk of the Court mailed a copy of the Order to Plaintiff at his address on the docket.

On July 21, 2021, the Court received a motion for reconsideration from Plaintiff (attached, ECF No. 172) indicating that Plaintiff never received the Court's May 19, 2021 Order to Show Cause and reasserting the merits of Plaintiff's action.

**Defendants are directed to respond to Plaintiff's motion on or before August 5, 2021.** The Clerk of the Court is kindly directed to mail a copy of this endorsement to *pro se* Plaintiff and show service on the docket.

Dated: July 22, 2021
White Plains, NY

SO ORDERED.

Nelson S. Román, U.S.D.J.

Case 7:12-cv-07774-NSR Document 172 Filed 07/21/21 Page 1 of 13

Docket in case # 12 CV/CR 7774
As: Plaintiff's reconsideration motion
Date: 7 / 21 / 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN DAMION CRICLOW

PLAINTIFF(S)

ST

DR. ELLEN YOUSSEF
ET. AL.

DEFENDANTS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/2021

DECLARATION FOR MOTION OF RECONSIDRATION RULE 60(B) OF THE FED. RUES OF CIV. PROVIDES
12-CV-7774 (NSR)

RECEIVED
JUL 21 2021
NELSON S. ROMAN
U.S. DISTRICT JUDGE

IM KEVIN D. CRICHLOW, PURSUANT TO 28 U.S.C. § 1746, DECLARES UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT:

(1) IM PRISONER IN STATE OF NEW YORK AT SOUTHPORT C.F. AND PLAINTIFFS RESPECTFULLY ASK THE COURT TO GRANT PLAINTIFFS RECONSIDRATION RULE 60-B

PLAINTIFF WOULD LIKE TO BRING TO COURT "ATTENTION," THE LETTER FROM COURT DATED MAY. 19. 2021 ISSUED AN ORDER TO SHOW CAUSE IN WRITING ON OR BEFORE JUNE 18. 2021, EXHIBITS (A)
PLAINTIFF NEVER RECEIVED NO LEGAL MAIL ON MAY. 19 - 20, 2021 PLAINTIFFS WAS ASSAULTED BY DOCCS IN PRIOR CASE "CRICHLOW V. FISHCER 12-CV-7774 (NSR) AMED-COMPL AT 197-199) & AT ON MAY. 19. 2021 C.O. MCGILL MACE ME IN MY CELL ON VIDEO-TAPE; THEN COVER UP, THE NEXT DAY ON C-BLOCK IM THE ONLY INMATE ON THAT BLOCK I WAS REASSAULTED BY C.O.S. MENECKE SON JR. MENECKE

NO VIDEO TAPE WORK ON C-BLOCK SHU AND BOTH'S ASSAULTED SHOW PHOTOS OF MY INJURYS. ON 6.4.2021 24 MONTHS IN SHU. WITHOUT A HEARING NO PAPER WORK WAS GIVE TO ME FOR 4 TIRE 3 HEARING. I NEVER INTERVIWE BY NO ONE SEE AMEND-COMP - AT 188-196

I NEVER RECEIVED NO LEGAL MAIL FROM HONORABLE NELSON S. ROMAN ALSO I HAD A COURT ORDER IN U.S. D.C. S.D.N.Y. FROM HON. PHILIP M. HALPERN IN CRICHLOW V. ANNUCCI, NO. 18 CIV. 3222 (PMH) FOR THE SAME DAY IN DOC 171, I WOULD WRITE YOU HON. ROMAN ; ASK OR REQUSTED A EXTENSION TIME TO RESPOND BACK TO YOUR MOTION. ALSO PLAINTIFF(S) ARGUES THAT BY DEFENDANTS DR. ELLEN YOUSSEF ET. AL. INTENTIONAL DEPRIVATION LEAD TO YEARS PRACTICES THAT ARE PERSISTENT ; WIDESPREAD OF DELIBERATELY INDIFFERENTS OF CHRONIC PAIN ; SUFFERED ; IN NEED OF EMERGENCY CARE SERIOUS INJURYED SEVERAL THAT NEED SURGICALLY REPAIR, ITS TOOK OVER 5 YEAR BEFORE I HAND USED OF HAND SEVERAL OPERATION WAS WRONG SEE 2ND AMEND-COMPL AT (9-10) ; 21) 22) 49-50-51) 2ND WRONG OPERATION AT 124) 149) (152-157) SEE EXHIBITS (B) SHOW AFTER 1.13.2010 OPERATION WAS WRONG PART OF HAND, "MULTI-DIAGNOSTIC SEERVICES INC, SHOW DAMAGE THAT WOULD NOT HAPPIN, IF DEFENDANTS DR. E. YOUSSEF WOULD HAD OPERATION DONE IN 2008, EXHIBITS (D) SHOW I WAS IN NEED OF 3 OPREATIONS THEY WAS NOT DONE INTO 2.12.2016, ; EXHIBITS (C) SHOW OPERATION BY E.C.M.C. BY DR. CALLAHAN PARAG AT 31 1/2 "ALLOGRAFT CANCELLOUS BONE CHIPS WERE PLACE INTO THE DORSUL RIGHT WRIST DEFECT DORSAL TO THE CAPITUTE ; IN CONJUNTION WITH THE COMPLETION OF THE RADIAL ARTHRODESIS, THE PLAINTIFFS WAS AT DOWNSTATES: C.F IN THE CARE OF DR. ELLEN YOUSSEF FOR 120 DAY 4 MONTHS WITH NO CARE FOR CHRONIC PAIN ; DELIBERATE INDIFFERENCE TO SERIOUS 2) MEDICAL NEED ; CONDITIONS, THIS CUSTOM IS PROBATIVE OF A

SEE RODRIGUEZ V. CITY OF [illegible] 2018 WL [illegible] PAGES (8) MUNICIPAL LIABILITY. EXHIBITS (D) LEFT MY RIGHT THUMP 1/2 PARLYZE & REST OF MY DOMAIN RIGHT HAND PERMANENT CRIPPLE WITH PINCH NERVE DAMAGES TO MY WHOLE RIGHT SIDE; SOME TIME I CAN'T MOVE MY HAND ARM OR ELBOW CAUSE OF PAIN AND WEAKENIDE; CANT SLEEP AT NIGHT & IMPAIRMENT I CAN'T TAKE CARE OF MY SELF NOW SHOWER EATING WASHING UP & OTHER MAJOR DAILY ACTIVIE, PLAINTIFFS ASK FOR RELIEF IN COURT OF LAW; STILL DENIED THE OPPORTUNITY TO PARTICIPATE IN OR BENEFIT FROM DEFENDANTS SERVICES, PROGRAMS, OR ACTIVITIES, NOW 14 TEEN YEARS LATER STILL DISCRIMINATED AGAINST BY DEFENDANTS BY REASON OF PLAINTIFFS DISABILITIES & BEING A WHISTLE BLOWER AGAINST ALL DOCCS STAFFS MISCONDUCT, THEY JUST ASSAULTED ME AT SOUTHPORT C.F. A NONE REASONABLE ACCOMMODATION PRISON TOOK ALL OF MY HEARING AIDS; BRACES HAND, ELBOW, BACK & LOWER BACK BRACES; BOTHS KNEES BRACES & CANE. CAUSE OF EXHIBITS (E) & IN THE E-MAIL METAL ROD IS COMING OUT TOP PART OF MY HAND SINCE 2017, THIS IS CORROBORATE BY HONORABE U.S.D.J. PHILIP M. HALPERN.

I WAS ALSO GIVING 24 MONTHS IN S.H.U. WITHOUT HEARING OR GIVING PAPER WORK CAUSE OF MY LAST CASE FILED & REPORTING STAFFS MISCONDUCT.

PLAINTIFF TOOK 2008 - 2013. 4.13.2013 BEFORE I GOT ME HERNIA OPERATION SOME 54 MONTHS LATER; AFTER OPERATION I DIDN'T GET PAIN MEDS FOR 17 DAYS INTO OUT-SIDE DOCTOR CAME TO LOOK AT METAL STAPLER & STILL GOT MY SAME ROTTOEN TOOTH; GUM INFECTION GUM NOW AT TOP PART OF ROOT, REQUEST FED. RULE, CIVIL. PROCEDURE (35) PHYSICAL OR METAL EXAMINATION. AFTER EXHIBITS E) THEY MOVE ME OUT OF REASONABLE ACCOMMODATION PROGRAMS THE KICK MY ASS AFTER MY MEDICAL FOLDER, PLEASE CALL ME TO COURT

Case 7:12-cv-07774-NSR Document 173 Filed 07/22/21 Page 5 of 14

I KNOW FOR A FACT THAT IF MY MOTION IS GRANTED THE HONORABLE ROMAN WILL SEE YEAR OF ABUSED I REST MY CASE, THANK YOU.

KEVIN CRICHLOW 08A3511/S.H.U. B-2-2
SOUTHPORT C.F.
P.O. BOX-2000
PINE CITY N.Y. 14871

# EXHIBIT A

Application granted. Defendant Fuller's motion to dismiss shall be served and filed in accordance with the following schedule:

(1) Fuller shall serve and file his moving papers on May 14, 2021;
(2) Plaintiff shall serve and file his opposition papers on June 18, 2021; and
(3) Fuller shall serve and file his reply papers, if any, on June 25, 2021.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 150 and to mail a copy of this Order to Plaintiff.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
April 19, 2021

STATE OF NEW YORK
[OFFI]CE OF THE ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

DIRECT DIAL: (212) 416-6551

April 16, 2021

[... v]. *Annucci*, No. 18 Civ. 3222 (PMH)

This Office represents Defendants[1] in the above referenced action. I write, to respectfully request an extension of time for newly-served Defendant Fuller to file his motion to dismiss the Second Amended Complaint from April 30, 2021, to May 14, 2021 (Dkt. No. 148). The grounds for this request is that the undersigned is actively preparing for trial, in the action of Magalios v Peralta, 19-cv-6188 (SDNY), which is to be tried before Judge Cathy Seibel commencing April 26, 2021. The parties anticipate that the trial will take between four and six days.

This is the first request for an extension of time for Defendant Fuller to file his motion to dismiss. There is currently a motion to dismiss pending on behalf of Defendants Annucci, Makowski, McCoy, Sipple, Cole, Keyser, Fitzpatrick, Burnett, Holloran, Puerschner, Karson, Jordan, Gilmore, Kolher, Skjeveland, Layton, Buchanan, Askew, Korobkova, Moshier, Wolf, Proulx, and LaPenna, with reply due May 14, 2021. (Dkt. No. 149). I did not seek Mr. Chrichlow's consent, as his status as an incarcerated plaintiff pro se requires communicating by mail and I wanted to make this request forthwith.

I thank Your Honor for your attention to this matter.

Respectfully submitted,
*/s/ Jessica Acosta-Pettyjohn*
Jessica Acosta-Pettyjohn
Assistant Attorney General
Jessica.Acosta-Pettyjohn@ag.ny.gov

[1] This Office represents Defendants Anthony J. Annucci, Jeffrey Arliss, Michael Makowski, Timothy McCoy, Gary Sipple, William Cole, William Keyser, Timothy Fitzpatrick, Edward Burnett, William Holloran, Mark Puerschner, Christopher Karson, Wayne Jordan, George Gilmour, Michael Kohler, Richard Skjeveland, Kyle Layton, David Buchanan, Renee Askew, Yelena Korobkova, James Moshier, Janice Wolf, Sandra Proxy, and Lisa LaPenna.

Case 7-12-cv-07774-NSR Document 172 Filed in NYSD on 07/21/2021 Page 7 of 13

# EXHIBIT B

4/23/10 9:22:18
HSC4781

NYS DEPARTMENT OF CORRECTIONAL SERVICES
HEALTH SERVICES SYSTEM
REQUEST AND REPORT OF CONSULTATION

NAME: CRICHLOW, KEVIN

DIN: 08A3511 DOB: 11/29/1963
CURRENT FAC: WENDE

REFERRING FAC : DOCS-WENDE
REFERRAL DATE : 03/26/10 07:49A TELEMED: N<N>
TYPE OF SERVICE: OCCUPATIONAL THERAPY
URGENCY OF CARE: ASSIGNED

REFERRAL NUMBER: 10127292.05M
REFERRAL TYPE : PROCEDURE
REFERRAL STATUS: SCHEDULED
INTERPRETER:

MEDICAL HOLD: NO TYPE: REASON CODE:
TRANSPORTATION : N WHEELCHAIR N NURSE N
SENSORIAL IMPAIRMENT: HEARING LOSS/HARD OF
REFERRED BY: MED DIR OF CUR FAC
REVIEWED BY: MED DIR OF CUR FAC

EXP.DATE:
AMBULANCE N LITTER N HCA

APPOINTMENT: 04/29/10 09:15A
POS: WENDE RMU
PROV: KEMPKE, LISA-OTH

USER: 03/26/10 07:49A CCCPJSJ

REASON FOR CONSULTATION:
( APPROVE 12 SESSIONS PTH PER ACG:A-0528 (AC) - PAIN 8-10/10, MODERATE ROM )
( DEFICITS, MMT 3/5. - R WRIST - 2X'S/WK )
( )
( )
( )

ATTENTION: DO NOT INFORM INMATE OF FUTURE APPOINTMENT(S)

CONSULTANT REPORT:

S: "pain is bad"
8/10

O: Edema
wrist 5 3/4
MCP 7 7/16
AROM wrist flex 32
wrist exten 26

on 4/27
wrist 5 13/16
MCP 7 1/2
flex 30
ext 24

Tx Given
- Hot pack wrist 15 min
- Retrograde friction massage
- no ice massage
- string wrap to ↓ swelling
- Mobilize carpal bones
- A ROM hand wrist
- now: PASSIVE wrist flex
exten 1 min each
- Resist Grip/pinch 2 set 10

A: Since last ↓ swelling 2 places
7 now
Pain still bad
Tolerates tx

P: Continue OT 2x/wk
Continue Plan of Care

CONSULTANT SIGNATURE: [signature] DATE: 4/29/10

[signature] JENNIFER WREST RN, NP #0296

IF FOLLOW-UP/PROCEDURE RECOMMENDED - REQUESTED BY __/__/__

* CONSULTATION IS A RECOMMENDATION. FINAL DETERMINATION WILL BE MADE BY THE INMATE'S NYSDOCS PHYSICIAN.

Swelling is decreasing - range is increasing but Tx not helping pain

# Multi-Diagnostic Services, Inc.

139-16 91st Avenue, Jamaica, NY 11435 ~Telephone (718) 454-8556
Fax (718) 454-7950 ~ Email: multidiag1@aol.com

Interpreted for Multi-Diagnostic Services, Inc. by **Hudson Valley Imaging**

EASTERN
DIN# 08A3511

RE: CRICHLOW, Kevin
DOB: 11/29/1963
DATE OF EXAM: 02/03/2011

CRICHLOW, KEVIN
ADMIT 4/18/11
DR. ARLISS
DOB 11/29/63
MR # 00-07-04
ENCOUNTER # 727

MRI OF THE RIGHT WRIST:

CLINICAL HISTORY: Pain, tendinitis.

Axial fat-saturated T2, coronal T1 and fat-saturated T2 and sagittal T1 weighted images were obtained. This examination is submitted for interpretation on 02/14/2011. The exam is limited as coronal T1 and axial T1 weighted images were submitted, but have extensive artifact and are non-diagnostic. No old examinations or plain films are available for comparison.

There is no evidence of acute fracture or dislocation. There is no evidence of cortical destruction or periosteal reaction. There is no evidence of abnormal bone marrow signal that would be consistent with bone morrow edema or bony contusion. There is no evidence of avascular necrosis. There is no evidence of intramuscular hemorrhage or tear. There is no evidence of any abnormal intramuscular signal. There is a complete and full thickness tear of the scapholunate ligament with increased distance between both scaphoid and lunate. There is no evidence of any other complete and full thickness tear or rupture of any of the intrinsic ligaments of the wrist. There is no evidence of complete and full thickness tear or rupture of any of the tendons that traverse the wrist. There is no significant tendinopathy, no evidence of partial thickness tear or tendinitis. There is fluid in the extensor tendon sheaths consistent with a tenosynovitis. There is no other significant tenosynovitis identified. The triangular fibrocartilage demonstrates no evidence of abnormal signal, no evidence of tear. There is fluid in the distal radioulnar joint, first carpo-metacarpal joint, and radiocarpal joints. There is no evidence of subcutaneous mass or abnormality. There are mild-to-moderate degenerative osteoarthritic changes identified.

**IMPRESSION:**

1. Full thickness tear of the scapholunate ligament.
2. Extensor tenosynovitis.
3. Fluid in the radiocarpal, first carpal-metacarpal and distal radioulnar joints.
4. Mild-to-moderate degenerative osteoarthritic changes.
5. Examination limited, as described.



**Multi-Diagnostic Services, Inc.**

139-16 91st Avenue, Jamaica, NY 11435 ~Telephone (718) 454-8556
Fax (718) 454-7950 ~ Email: multidiag1@aol.com

Interpreted for Multi-Diagnostic Services, Inc. by **Hudson Valley Imaging**

Clifford D. Barker, M.D.

**E-Sig By C. Barker, MD on 02/15/2011 09:09:31**

**CRICHLOW, KEVIN**
**ADMIT 4/18/11**
**DR. ARLISS**
**DOB 11/29/63**
**MR # 00-07-04**
**ENCOUNTER # 727**



STATE OF NEW YORK
DEPARTMENT OF CORRECTIONAL SERVICES

ENYCF
FACILITY

**X-RAY REQUISITION AND REPORT**

NAME Crichlow, Kevin DIN 08A3511

DATE ORDERED 9/6/11 HOUSING UNIT SH4 WORK LOC.

DATE DONE 9/9/11 DATE OF BIRTH OR AGE 11/29/63

TECHNICIAN [signature] URGENT ROUTINE X

PRECAUTIONS/ALLERGIES/RISKS PCN

EXAMINATION Right ~~Left~~ wrist s/p (R) wrist surgery.

CLINICAL DIAGNOSIS/HISTORY post surgery removal pin

ORDERED BY DR. Dr Andola / [illegible]

Exam right wrist AP & LAT views compared to study 7-18-11. Again identified is partial surgical removal of scaphoid bone with exception of distal pole. Fusion of capitate & lunate carpal bones. 1cm metallic pin has been removed from lunate since 7-18-01. Again identified is shortened ulna by 0.6cm. Alignment of carpus is anatomical. No recent fracture.

IMP: S/P PARTIAL SCAPHOIDECTOMY.
CARPAL FUSION (COALITION) ? POST SURGICAL BETWEEN CAPITATE & LUNATE BONES. NEGATIVE (MINUS) ULNAR VARIANCE By 0.6CM.
METALLIC HARDWARE REMOVED WHEN COMPARED TO STUDY 7-18-11.
OSTEOPENIA (? DISUSE).
NO ACUTE BONE INJURY IDENTIFIED RIGHT WRIST STUDY.

F/u hand surgeon
9/27/11 [signature]

R JMueller,MD
RADIOLOGIST

9-13-11
DATE

DISTRIBUTION: Original -Health Record Copy -Radiologist Copy -X-Ray Folder

FORM 3108 (REV. 10/89)



SOUTHPORT CORRECTIONAL FACILITY
P.O. BOX 2000
PINE CITY, NEW YORK 14871-2000
NAME: Kevin Crichlow
DIN: 08A3511
SOUTHPORT
Correctional Facility
NEOPOST
07/12/2021
FIRST-CLASS MA
91
USMJ P3
SDNY
Honorable Nelson S. Roman
U.S.D.C. / S.D.N.Y.
U.S. Courthouse # 500 Pearl Street
New York N.Y. 10007
JUL 21 2021
Legal Mail
2 of 2

Case 7-12-cv-07774-NSR Document 172 Filed in NYSD on 07/21/2021 Page 13 of 13

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: KEVIN CRICHLOW DIN: 08A3511

RECEIVED
JUL 21 2021

Printed on Recycled Paper