UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
KEVIN DAMION CRICHLOW,  :
:
       Plaintiff,  :    12-cv-7774 (NSR)
  -against-  :    ORDER
:
COMMISSIONER BRIAN FISCHER, et al.,  :
:
       Defendants.  :
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  08/27/2021
```

NELSON S. ROMÁN, United States District Judge:

On August 24, 2021, *pro se* Plaintiff filed a letter (ECF No. 174), and the Court noticed that the return address differs from that on the docket. Therefore, the Clerk of the Court is kindly directed to change Plaintiff's address to Southport Correctional Facility, P.O. Box 2000, Pine City, NY, 14871-2000, DIN: 08-A-3511, and resend a copy of ECF No. 175 to this address.

Dated: August 27, 2021
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1