USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...............................................................................x

KEVIN CRICHLOW,

                              Plaintiff,

        - against -

ELLEN YOUSSEF, and John Does,

                            Defendants.

**CIVIL CASE DISCOVERY PLAN
AND SCHEDULING ORDER**

  12  CV 7774 (NSR)

...............................................................................x

       This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] to be tried to a jury.

3. Joinder of additional parties must be accomplished by March 15, 2022.

4. Amended pleadings may be filed until February 24, 2022.

5. Interrogatories shall be served no later than March 15, 2022, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than March 15, 2022.

7. Non-expert depositions shall be completed by May 15, 2022.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders,

non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than June 15, 2022                .

9. Requests to Admit, if any, shall be served no later than June 15, 2022                .

10. Expert reports shall be served no later than August 15, 2022                .

11. Rebuttal expert reports shall be served no later than September 1, 2022                .

12. Expert depositions shall be completed by September 30, 2022                .

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** September 30, 2022              .

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. Andrew E. Krause              .

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for Oct. 28, 2022              , at 10:00 am        . (The Court will set this date at the initial conference.) This conference will be held by AT&T Teleconference. It is the responsibility of counsel for Defendants to make prior arrangements with the appropriate facility to have the Plaintiff participate via telephone. To access the teleconference, please follow these directions: (1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest.

SO ORDERED.

Dated: White Plains, New York
January 31, 2022

_____
Nelson S. Román, U.S. District Judge

Clerk of Court is directed to mail a copy of this Order to pro se Plaintiff at the address on ECF, show service on the docket and terminate the motion (ECF No. 187).