UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
CRICHLOW,

                        Plaintiff(s),

     - against -

YOUSSEF, et al.,

                        Defendant(s).
--------------------------------------------------------x

**ADJOURNMENT ORDER**

12 Civ. 7774 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

    In light of the extension of the discovery deadlines, the above case previously scheduled for a telephonic Status Conference on October 28, 2022 before U.S. District Judge Nelson S. Román **is hereby adjourned sine die.**

    Defendants' counsel is directed to notify this Court in writing within three days of the conclusion of discovery so a telephonic status conference may be scheduled.

    Defendants' counsel is further directed to mail a copy of this Order to *pro se* Plaintiff and file proof of service.

SO ORDERED.

Dated: White Plains, NY
         October 25, 2022

_____
Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2022