UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KEVIN CRICHLOW,

                    Plaintiff,                **ORDER**

       -against-                    12-cv-7774 (NSR) (AEK)

DR. ELLEN YOUSSEF; WARDEN ADA PEREZ;
IGRC EARL HUGHES; DR. STOLFL, D.D.S;
DORIS BARCZAK,

                    Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

As set forth on the docket (ECF Nos. 224 and 225, entered on the docket on December 12, 2022), Defendants Perez and Hughes were served on December 2, 2022.

This Order memorializes the deadlines that were set at the December 2, 2022 telephonic status conference. Specifically:

1. By December 19, 2022, Defendants must provide a final update regarding their inquiry into contact information for Defendant Doris Barczak.

2. The deadline to complete service on all Defendants is extended to December 27, 2022. Now that Defendants Hughes and Perez have been served, the only Defendant who has not yet been served is Defendant Barczak.

3. The deadline for all Defendants to respond to the Amended Complaint is extended to January 20, 2023.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: December 12, 2022
       White Plains, New York                SO ORDERED.

                                                          _____
                                                          ANDREW E. KRAUSE
                                                          United States Magistrate Judge